UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00051 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER WOODSON | ) | |

ORDER

The status conference currently scheduled for July 27, 2012, is RESCHEDULED for July 26, 2012, at 8:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE