UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     NO. 3:12-00051
     )     JUDGE CAMPBELL
CHRISTOPHER WOODSON     )

ORDER

Pending before the Court is a Motion to Set Plea Hearing (Docket No. 50). The Motion is

GRANTED.

A change of plea hearing is scheduled for June 24, 2013, at 2:00 p.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE